# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DARLA TEMPLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-285-G |
| ) | |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered March 9, 2020. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 24) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 9th day of April, 2020.

CHARLES B. GOODWIN
United States District Judge